IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIA TYLER, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| vs. : | |
| : | |
| GUARDIAN PROTECTION SERVICES, : | NO.  11-628 |
| : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 13th day of July, 2012, upon consideration of Plaintiff, Mia Tyler's ("Plaintiff"), Motion for Reconsideration (Doc. No. 53), and Defendant, Guardian Protection Services' ("Defendant"), Response, it is hereby **ORDERED** that this Motion is **DENIED**.  It is **FURTHER ORDERED** that:

1. Defense counsel shall submit to this Court and Plaintiff's counsel within ten (10) days of the date of this Order, a schedule of reasonable attorneys' fees and expenses incurred specifically regarding the drafting of its December 16, 2011 Motion for Sanctions for Failure to Comply with Discovery Orders (Doc. No. 35);

2. Defense counsel shall submit to this Court and Plaintiff's counsel within ten (10) days of the date of this Order, a schedule of reasonable attorneys' fees and costs incurred specifically regarding the drafting of its Response to Plaintiff's Motion for Extension of Time of to Complete Discovery (Doc. No. 50); and

3. Defense counsel shall submit to this Court and Plaintiff's counsel within ten (10) days of the filing of a reply brief, if any, to Plaintiff's Response to Defendant's Motion for Summary Judgment, a schedule of reasonable attorneys' fees and expenses incurred specifically regarding the filing of such a response and only concerning the part(s) of such reply relating to the three depositions that were taken as additional discovery.

                                              BY  THE  COURT:

                                              /s/ Robert F. Kelly
                                              ROBERT  F.  KELLY
                                              SENIOR  JUDGE