IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIA TYLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| GUARDIAN PROTECTION SERVICES, | : | NO. 11-628 |
| Defendant. | : | |

### O R D E R

**AND NOW**, this 7th day of August, 2012, upon consideration of Defendant, Guardian Protection Services' ("Defendant"), Schedule of Attorneys' Fees incurred in drafting a Motion for Sanctions, and in drafting a Response to Plaintiff, Mia Tyler's ("Plaintiff"), Motion for Extension of Time to Complete Discovery, and upon consideration of Plaintiff's Response, it is hereby **ORDERED** that attorneys' fees are awarded to Defendant in the amount of $4,744.00.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE