IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MIA TYLER, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| vs. : | |
| : | |
| GUARDIAN PROTECTION SERVICES, : | NO. 11-628 |
| : | |
| Defendant. : | |

**O R D E R**

**AND NOW**, this 10th day of October, 2012, upon consideration of Defendant, Guardian Protection Services', Motion for Summary Judgment (Doc. No. 45) filed against Plaintiff, Mia Tyler ("Tyler"), and the Responses and Reply thereto, it is hereby **ORDERED** that said Motion is **GRANTED** in part and **DENIED** in part.  The Motion is **GRANTED** with respect to Tyler's claims of racial and sexual harassment, and **DENIED** with respect to Tyler's claims of racial and gender discrimination.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE